# EXHIBIT 1


**CT Corporation**

**Service of Process Transmittal**
02/11/2022
CT Log Number 541042497

**TO:** Diane Barnes
CenturyLink, Inc. (Denver)
931 14TH ST FL 9
DENVER, CO 80202-2994

**RE:** **Process Served in Colorado**

**FOR:** CenturyLink Communications, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | STEVE FERGUSON vs. CENTURYLINK COMMUNICATIONS, LLC |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 2021CV30882 |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Centennial, CO |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/11/2022 at 11:56 |
| **JURISDICTION SERVED :** | Colorado |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/11/2022, Expected Purge Date: 02/16/2022 |
| | Image SOP |
| | Email Notification,  Art Walker  arthur.walker@centurylink.com |
| | Email Notification,  Kim Bartlett  kim.bartlett@lumen.com |
| | Email Notification,  Diane Barnes  diane.barnes@lumen.com |
| | Email Notification,  Karen Valdez  Karen.Valdez@CenturyLink.com |
| | Email Notification,  Ann Carroll  ann.carroll@centurylink.com |
| | Email Notification,  Sean Lindsay  sean.lindsay@lumen.com |
| **REGISTERED AGENT ADDRESS:** | CT Corporation System<br>7700 E Arapahoe Road<br>Suite 220<br>Centennial, CO 80112 |
| | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s)

Page 1 of  2 / AP



**Service of Process Transmittal**
02/11/2022
CT Log Number 541042497

**TO:** Diane Barnes
CenturyLink, Inc. (Denver)
931 14TH ST FL 9
DENVER, CO 80202-2994

**RE:** **Process Served in Colorado**

**FOR:** CenturyLink Communications, LLC  (Domestic State: DE)

of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

7c 2-11-22 10:16

| | |
|---|---|
| District Court, Larimer County, Colorado<br>201 LaPorte Avenue<br>Fort Collins, CO 80521<br>(970) 494-3500 | DATE FILED: February 9, 2022 11:50 AM<br>FILING ID: 87F2036B3EEE7<br>CASE NUMBER: 2021CV30882 |
| Plaintiff: **STEVE FERGUSON**<br>v.<br>Defendant: **CENTURYLINK COMMUNICATIONS, LLC d/b/a LUMEN TECHNOLOGIES GROUP** | |
| | **COURT USE ONLY** |
| Erik G. Fischer, #16856<br>ERIK G. FISCHER, P.C.<br>125 South Howes Street, Suite 900<br>Fort Collins, CO 80521<br>Phone: (970) 482-4710<br>e-mail: erik@fischerlawgroup.com | Case Number: 2021CV30882<br><br>Division: 4B |
| **DISTRICT COURT CIVIL SUMMONS** | |

**TO THE ABOVE-NAMED DEFENDANT: CENTURYLINK COMMUNICATIONS, LLC d/b/a LUMEN TECHONOLOGIES GROUP**

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court an answer or other response to the attached Second Amended Complaint and Jury Demand. If service of the Summons and Second Amended Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Second Amended Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Amended Complaint and Jury Demand in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Second Amended Complaint and Jury Demand without further notice.

The following documents are also served with this Summons: Second Amended Complaint and Jury Demand, Civil Case Cover Sheet, and Notice Judicial Civil Case Management.

Dated: February 9, 2022.

**ERIK G. FISCHER, P.C.**

*/s/ Erik G. Fischer*
Erik G. Fischer, #16856
125 South Howes – Suite 900
Fort Collins, CO 80521
Telephone: (970) 482-4710
Facsimile: (970) 482-4729
Email: erik@fischerlawgroup.com

| | |
|---|---|
| DISTRICT COURT, LARIMER COUNTY, COLORADO<br>201 LAPORTE AVENUE SUITE 100<br>FORT COLLINS CO 80521-2761<br>(970)498-6100 | DATE FILED: February 9, 2022 11:50 AM<br>FILING ID: 87F2036B3EEE7<br>CASE NUMBER: 2021CV30882 |
| Plaintiffs: **STEVE FERGUSON**<br><br>vs.<br><br>Defendant: **CENTURYLINK COMMUNICATIONS, LLC d/b/a LUMEN TECHNOLOGIES GROUP** | <br><br>COURT USE ONLY |
| Erik G. Fischer, #16856<br>Erik G. Fischer, P.C.<br>125 South Howes Street, Suite 900<br>Fort Collins, CO 80521<br>Phone: (970) 482-4710<br>Email: erik@fischerlawgroup.com | Case No. 2021CV030882<br><br>Courtroom: 4B |
| **SECOND AMENDED COMPLAINT AND JURY DEMAND** | |

COMES NOW Plaintiff, Steve Ferguson, by and through his counsel, Erik G. Fischer, P.C., for his Complaint, state as follows:

## PARTIES

1. Plaintiff Steve Ferguson is an individual residing at 4905 US Hwy 36, Estes Park, CO 80517

2. Defendant CenturyLink Communications, LLC d/b/a Lumen Technologies Group is a Delaware corporation authorized to do business in the State of Colorado.

## JURISDICTION AND VENUE

3. The Court has jurisdiction over the Defendants pursuant to C.R.S. § 13-1-124.

4. Pursuant to C.R.C.P. 98, venue is appropriate in the District Court of the County of Larimer, State of Colorado, because the Plaintiff is a resident of Colorado and the contract between the parties was to be performed in the county of Larimer, State of Colorado.

## GENERAL ALLEGATIONS

5. Plaintiff lives remotely in Estes Park, Colorado.

6. In order to better serve his business, Plaintiff solicited a quote from Defendant to install and provide highspeed internet to his home.

7. In order to provide a quote, Defendant sent out an engineer to do a site prep on Plaintiff's property.

8. After the site prep, Defendant quoted Plaintiff $28,320.00 in order to install 1/2 gig internet services with 5 static IP addresses and then $1,570.00 a month for continued highspeed services to Plaintiff's address.

9. On December 20, 2020 Plaintiff entered into a contract with Defendant for the installation and services for 1/2 Gig internet services with 5 static IP addresses to be installed on April 16, 2021.

10. Upon signing the contract, on December 20, 2020, Plaintiff immediately wired Defendant $28,320.00 in order to begin performance under the contract.

11. After signing the contract and receiving Plaintiff's payment of $28,320.00, Defendants emailed Plaintiff that they were changing the terms of the contract and that the cost to install the 1/2 gig internet services with 5 static IP addresses would now cost Plaintiff $1,043,700.00.

12. To date, Defendant has not performed at all under the contract.

2

## FIRST CLAIM FOR RELIEF: BREACH OF CONTRACT

13. The preceding paragraphs are incorporated by reference as if fully set forth herein.

14. Plaintiffs entered into a valid contract with Defendant which required Defendant to install 1/2 Gig internet services with 5 static IP addresses at the Plaintiffs residence for $28,320.00.

15. Upon signing the contract with Defendant, Plaintiff wired Defendant $28,320.00.

16. Defendant has failed to install 1/2 Gig internet services with 5 static IP addresses at Plaintiffs residence.

17. Plaintiff has completely performed in accordance with the terms of the contract with Defendant.

18. Defendant's breach of the contract caused damages to Plaintiffs in an amount to be proven at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests:

1. Judgment in an amount to be determined at trial;

2. Specific Performance by the Defendant under the contract;

3. Judgment for Plaintiff's costs pursuant to Rule and Statute;

4. All other relief which Plaintiff may be entitled.

Dated this 8th day of February, 2022.

                                            Respectfully submitted,

                                            **ERIK G. FISCHER, P.C.**

                                            */s/ Erik G. Fischer*
                                            Erik G. Fischer, #16856
                                            ERIK G. FISCHER, P.C.
                                            125 South Howes Street, Suite 900
                                            Fort Collins, CO 80521
                                            Phone: (970) 482-4710
                                            Email: erik@fischerlawgroup.com

                                            *Original signature on file at the office of Erik G. Fischer, P.C., pursuant to C.R.C.P. § 121-1-26(9); filed and served electronically via ICCES.*

Plaintiffs' Address:
4905 US Hwy 36
Estes Park, CO 80517

4

| | |
|---|---|
| DISTRICT COURT, COUNTY OF LARIMER, STATE OF COLORADO<br>201 LaPorte Avenue<br>Fort Collins, CO 80521<br>(970) 494-3500 | DATE FILED: December 3, 2021 4:19 PM<br>FILING ID: 8FB13BF09D390<br>CASE NUMBER: 2021CV30882 |
| Plaintiff:  **STEVE FERGUSON**<br><br>v.<br><br>Defendant:  **LUMEN TECHNOLOGY, INC.** | <br><br>▲COURT USE ONLY▲ |
| Erik G. Fischer, #16856<br>ERIK G. FISCHER, P.C.<br>125 South Howes Street, Suite 900<br>Fort Collins, CO 80521<br>Phone:  (970) 482-4710<br>e-mail: erik@fischerlawgroup.com | Case No.:<br><br>Courtroom: |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT** | |

1. This cover sheet shall be filed with each pleading containing an initial claim for relief in every district court civil (CV) case, and shall be served on all parties along with the pleading.  It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Check one of the following:

    ☐ This case is governed by C.R.C.P. 16.1 because:

    ☐ The case is not a class action, domestic relations case, juvenile case, mental health case, probate case, water law case, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding; *AND*

    ☐ A monetary judgment over $100,000 is not sought by any party against any other single party. This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

  ☒This case is not governed by C.R.C.P. 16.1 because (check ALL boxes that apply):

    ☐ The case is a class action, domestic relations case, juvenile case, mental health case, probate case, water law case, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding.

    ☒ A monetary judgment over $100,000 is sought by any party against any other single party. This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

    ☐ Another party has previously indicated in a Case Cover Sheet that the simplified procedure under C.R.C.P. 16.1 does not apply to the case.

*NOTE: In any case to which C.R.C.P. 16.1 does not apply, the parties may elect to use the simplified procedure by separately filing a Stipulation to be governed by the rule within 49 days of the at-issue date. See C.R.C.P. 16.1(e). In any case to which C.R.C.P. 16.1 applies, the parties may opt out of the rule by separately filing a Notice to Elect Exclusion (JDF 602) within 35 days of the at-issue date. See C.R.C.P.16.1(d).*

  ☐ A Stipulation or Notice with respect to C.R.C.P. 16.1 has been separately filed with the Court, indicating:
    ☐ C.R.C.P. 16.1 applies to this case.

    ☐ C.R.C.P. 16.1 does not apply to this case.

3. ☒ This party makes a Jury Demand at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

  Dated this 3rd day of December, 2021.

        Respectfully submitted,

        **ERIK G. FISCHER, P.C.**

        */s/ Erik G. Fischer*
        Erik G. Fischer, #16856
        125 South Howes – Suite 900
        Fort Collins, CO 80521
        Telephone: (970) 482-4710
        Facsimile: (970) 482-4729
        Email: erik@fischerlawgroup.com

| | |
|---|---|
| District Court, Larimer County, Colorado<br>201 LaPorte Avenue, Suite 100<br>Ft Collins, CO 80521-2761 | DATE FILED: December 6, 2021 8:36 AM<br>CASE NUMBER: 2021CV30882 |
| Plaintiff(s): STEVE FERGUSON<br><br>v.<br><br>Defendant(s): LUMEN TECHNOLOGY, INC. | ▲ COURT USE ONLY ▲<br>Case Number: 21CV30882<br><br>Courtroom: 4B |
| **NOTICE JUDICIAL CIVIL CASE MANAGEMENT** | |

    All civil cases are subject to judicial screening and case management. This case is assigned to Judge DANIEL MCDONALD-4B. Trial will not be set until the Court determines that a trial setting is appropriate. Within 30-40 days of filing, your case will be reviewed and appropriate orders sent to counsel and pro se parties

    It is imperative that all returns of service be filed promptly with the Court, so that the Court, when reviewing the case, can accurately assess its status.

    <u>Plaintiff's counsel shall provide a copy of this notice to all counsel (or pro se parties) who enter appearances.</u>

    The Civil Case Cover Sheet (JDF 601) required pursuant to C.R.C.P. 16.1 was to be included with your initial pleading. If it was not included, it must be filed within 14 days from the date of this notice.

    Dated December 6, 2021.

*SJB Blanco*

Chief Judge Susan Blanco

Copies sent to:    ATP    via JPOD

Revised 12/20/19



**For this Record...**
Filing history and documents
Trade names
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | | | |
|---|---|---|---|
| Name | CenturyLink Communications, LLC | | |
| Status | Good Standing | Formation date | 11/19/1991 |
| ID number | 19911093562 | Form | Foreign Limited Liability Company |
| Periodic report month | November | Jurisdiction | Delaware |
| Principal office street address | 100 Centurylink Drive, Monroe, LA 71203, LA, United States | | |
| Principal office mailing address | 100 CENTURYLINK DRIVE, Attn: Reba Culbertson, MONROE, LA 71203, United States | | |

| Registered Agent | |
|---|---|
| Name | C T Corporation System |
| Street address | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112-1268, United States |
| Mailing address | n/a |

Filing history and documents

Trade names

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[ Back ]

Terms & conditions | Browser compatibility